675 A.2d 1116

IN THE MATTER OF ARTHUR J. BREITKOPF,
AN ATTORNEY AT LAW.

May 22, 1996.

## ORDER

The Disciplinary Review Board having on March 4, 1996, filed with the Court its decision concluding that **ARTHUR J. BREITKOPF** of **ELIZABETH,** who was admitted to the bar of this State in 1948, should be reprimanded for violating *RPC* 1.5 (failure to provide a written fee agreement), and good cause appearing;

It is ORDERED that **ARTHUR J. BREITKOPF** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.